IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUN -6  A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT | ) | |
| OF THE STATE OF ALABAMA, | ) | |
| APPELLATE DIVISION, | ) | |
| MONTGOMERY, JUDICIAL DEPARTMENT, | ) | INDICTMENT NO: AL-00-795577 |
| | ) | |
| WILLIE THOMAS, | ) | 3:07cv500-MEF |
| RESPONDENT, | ) | |
| -v- | ) | |
| | ) | |
| DEAN E. MAHONE, | ) | |
| APPELLANT, | ) | |

NOTICE OF MOTION TO PROCEED AS A
POOR PERSON ON APPEAL

Please take Notice, that upon the Affidavit of
DEAN E. MAHONE , Sworn to the 25 day of
MAY , 2007 , a Motion will be made at a
term of this Court, for an Order permitting Appellant to
prosecution this Appeal from a judgment entered in this action on
the 20th day of January 2005 , as a poor person,
directing that he be appointed an attorney of the trial of this
action without fee, an granting permission to Appeal on the
original record, upon the ground that Appellant has insufficient
income and property to enable him to pay the cost, fees, and
expenses to prosecute said Appeal, and for such other and further
Relief as this Court may deem just and proper.


Date: 5/25/07

Dean E. Mahone
Appellant


TO: LANE MANN
United States courthouse
montgomery, Alabama

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUN -6 ' A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT
OF THE STATE OF ALABAMA,
    APPELLATE DIVISION,
MONTGOMERY, JUDICIAL DEPARTMENT,

WILLIE THOMAS,                    )
    RESPONDENT,                   )
                                  )    3-07 cv 500-MEF
    -V-                           )
                                  )    INDICTMENT NO: AL-00-795577
DEAN E. MAHONE,                   )
    APPELLANT,                    )

AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEED AS A POOR PERSON

STATE OF ALABAMA
COUNTY OF __Bullock_____.

DEAN E. MAHONE, being duly Sworn, deposes and say:

    1). I am the Petitioner in the above-captioned case, and I
make this Affidavit in support of the attached Motion To Proceed
InForma Pauperis.

    2). I am presently in the custody of the State of
__ALABAMA__ at __Bullock CORR. Facility_____, pursuant to a
judgment of a Circuit Court of the State of Alabama,
__Russell_____ County, rendered on
__31th day OF__, __January 2001_____ convicting me of
__Attempted Murder__, and sentencing me to __30_____, years
imprisonment.

    3). I am unable to pay the costs, fees, and expenses
necessary because, of my indigence to prosecute this Appeal. I am
currently incarcerated and earning $ __0__, per week in income
and I own $ __0__, worth of property. No other person has a
beneficial interest in the outcome of this Appeal.

    4). During the trial I was represented by: __Counsel__.

    5). I believe in good faith that I am entitled to the
Relief I am seeking in this case.

WHEREFORE, I respectfully ask for an Order permitting me to prosecute this Appeal as a poor person and that I be assigned an attorney to represent me on Appeal.

**Appellant**

Sworn to before me this _29th_ day of _May_ , _2007_ .

**Notary Public**
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

Case Number

3:07 CV 500-MEF
ID    YR    NUMBER
(To be completed
by Court Clerk)

RECEIVED

# IN FORMA PAUPERIS DECLARATION

2007 JUN -6 A 9:50

United States District Court Middle District, ALABAMA
[Insert appropriate court]

DEAN E. MAHONE
(Petitioner)

vs.

WILLIE Thomas, warden
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, DEAN E. MAHONE #214209 , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   March 10, 2000  1,3000 _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

      Yes _____    No __✓__

   b. Rent payments, interest, or dividends?

      Yes _____    No __✓__

   c. Pensions, annuities, or life insurance payments?

      Yes _____    No __✓__

   d. Gifts or inheritances?

      Yes _____    No __✓__

   e. Any other sources?

      Yes _____    No __✓__

*If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

3.  Do you own cash, or do you have money in a checking or savings account?

Yes _____          No ___✓___

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____

_____

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____          No ___✓___

If the answer is "yes", describe the property and state its approximate value.

_____

_____

_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____    N/A    _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___May 21, 2007___
                    (Date)

___Dean E. Mahone___
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __3.93__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

_____

_____

_____

__5-23-07__
DATE

___J. Cunningham___
AUTHORIZED OFFICER OF INSTITUTION
BULLOCK COUNTY CORR. FACILITY

Rule 32

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 214209      NAME: MAHONE, DEAN                    AS OF: 05/23/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAY   | 8         | $50.79            | $0.00            |
| JUN   | 30        | $27.46            | $50.00           |
| JUL   | 31        | $2.45             | $0.00            |
| AUG   | 31        | $2.45             | $0.00            |
| SEP   | 30        | $2.45             | $0.00            |
| OCT   | 31        | $2.45             | $0.00            |
| NOV   | 30        | $2.45             | $0.00            |
| DEC   | 31        | $2.45             | $0.00            |
| JAN   | 31        | $2.45             | $0.00            |
| FEB   | 28        | $9.59             | $100.00          |
| MAR   | 31        | $14.22            | $0.00            |
| APR   | 30        | $3.93             | $0.00            |
| MAY   | 23        | $3.93             | $0.00            |