IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DEAN E. MAHONE, #214 209         *

    Petitioner,                 *

              v.                  *        3:07-CV-500-MEF

WILLIE THOMAS, WARDEN,           *
*et al.*,
    Respondents.                *

_____

**ORDER**

The above-caption action, which the court has docketed as a petition for habeas corpus relief under 28 U.S.C. § 2254, was accepted for filing with the court on June 6, 2007. Although the application has been accepted for filing, the court deems it necessary to have Petitioner supplement his petition before further proceedings are conducted. To assist Petitioner in this endeavor, the Clerk of Court shall be directed to send to Petitioner a form for use in filing a federal habeas petition under 28 U.S.C. § 2254.

Petitioner should complete the form within the time allowed by the court and return it to the Court. Petitioner is cautioned that his failure to comply with this order may result in a Recommendation that this petition be dismissed.

Accordingly, it is ORDERED that:

    1.    The Clerk of Court SEND to Petitioner a form for use in filing a petition under 28 U.S.C. § 2254;

      2.      On or before June 22, 2007 Petitioner should supplement the instant petition by returning to the Clerk of Court the completed § 2254 form.  Petitioner is forewarned that his failure to file the supplement to his petition in accordance with this order, may result in a Recommendation that this application for habeas corpus relief be dismissed.

Done, this 8th day of June 2007.

      /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE