IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 JUL 18 A 10: 2⁰

DEAN E. MAHONE, #214209
    PETITIONER,

-V-                                            CASE NO: 3:07-CV-500-MEF

WILLIE THOMAS, WARDEN,
    RESPONDENT,

## OBJECTION TO MAGISTRATE JUDGES RECOMMENDATION

PETITIONER, WOULD ASK THIS HONORABLE COURT TO FOLLOW THE PROVISION PROVIDED BY 28 USC §1631; WHENEVER A CIVIL ACTION IS FILED IN A COURT AS DEFINED IN SECTION 610 OF THIS TITLE OR AN APPEAL INCLUDING A PETITION FOR REVIEW OF ACTION IS NOTICE TO FILE WITH SUCH COURT AND THAT COURT SHALL, IF IT IS IN THE INTEREST OF JUSTICE, TRANSFER SUCH ACTION OR APPEAL TO ANY OTHER COURT IN WHICH THE ACTION OR APPEAL COULD HAVE BEEN BROUGHT AT THE TIME IT WAS FILED AND ACTION OR APPEAL SHALL PROCEED AS IF IT WAS FILED IN NOTICE FOR THE COURT TO WHICH IT IS TRANSFERRED ON THE DATE UPON WHICH IT WAS ACTUALLY IN OR NOTICED FOR THE COURT WHICH IT IS TRANFERRED.

    SEE: <u>GUENTHER V HOLT</u>, 173 F.3D 1328 (1999), THUS PETITIONER WOULD ASK THAT THIS HONORABLE COURT RECONIZE THE SUBSTANTIAL CONSTITUTIONAL, FEDERAL AS WELL AS STATE, VIOLATIONS AND PLEASE TRANSFER ORIGINAL MOTION TO THE APPROPRIATE COURT FOR FILING.

    PLEASE NOTE THAT THIS COURT DID GRANT ORIGINAL AND WITH GOOD CAUSE, WHEREFORE PETITIONER PRAY FOR THE RELIEF SOUGHT.

                                                                        RESPECTFULLY SUBMITTED,

                                                                        DEAN E. MAHONE, PETITIONER
                                                                        BCCF POST OFFICE BOX 5107
                                                                        UNION SPRINGS, ALABAMA 36089-5107

<u>CERTIFICATE OF SERVICE</u>

I, DEAN E. MAHONE CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON THE MIDDLE DISTRICT CLERK OF ALABAMA THIS 16 DAY OF JULY, 2007 VIA UNITED STATES MAIL PROPELY ADDRESSED AND POSTAGE PREPAID, BY PLACING SAME IN THE LEGAL MAIL BOX HERE AT THE BULLOCK COUNTY CORRECTIONAL FACILITY.

*Dean E. Mahone*
DEAN E MAHONE, PETITIONER
BCCF POST OFFICE BOX 5107
UNION SPRINGS, ALABAMA 36089-5107


CC: MIDDLE DISTRICT OF ALABAMA
    UNITED STATES COURTHOUSE
    POST OFFICE BOX 711
    MONTGOMERY, ALABAMA 36104-0711


FILE: 7-16-07
      DATE

2



Dean E. Mahone
214209-G2-24B
P.O. Box 5107
Union Springs, AL
36089

United States District Court
For the Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711