IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DEAN E. MAHONE, #214 209        *

    Petitioner,        *

    v.        *        3:07-CV-500-MEF
                                              (WO)

WILLIE THOMAS, WARDEN, *et al*.,        *

    Respondents.        *

_____

**ORDER ON MOTION**

Petitioner has filed objections to the Recommendation of the Magistrate Judge entered on July 9, 2007. To the extent the objections may be construed to contain a motion to transfer petition pursuant to 28 U.S.C. § 1631, the motion shall be denied.

Petitioner is advised that transfer of this case to another court pursuant to 28 U.S.C. § 1631 would not be appropriate. If Petitioner seeks to file a successive habeas petition, he must first file a request in the appropriate circuit court for an order authorizing the district court to consider his application. *See* 28 U.S.C. § 2244(b)(3); *Felker v. Turpin*, 83 F.3d 1303, 1305-07 (11th Cir. 1996). The United States Court of Appeals for the Eleventh Circuit has set forth instructions for the filing of a "motion" to obtain the aforementioned authorization order. Petitioner must follow the procedures prescribed by the Eleventh Circuit Court of Appeals when seeking authorization with that court to file a successive petition. It is to be emphasized that Petitioner must file the "motion" with the Eleventh Circuit and

obtain authorization to file his successive petition before this court may examine his claims.

Accordingly, it is

ORDERED that Petitioner's July 18, 2007 pleading, construed to contain a motion to transfer petition (Doc. No. 8), be and is hereby DENIED.

Done, this 20th day of July 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE