IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEAN ERIC MAHONE, #214 209, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-600-WKW |
| | ) |
| WILLIE THOMAS, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

On July 5, 2007, the magistrate judge filed a Recommendation (Doc. # 3) that Mr. Mahone's Petition for Writ of Habeas Corpus (Doc. # 1) be dismissed. Mr. Mahone timely filed his Objection (Doc. # 4) to the recommendation of the magistrate judge. Mr. Mahone bases his Objection upon an erroneous belief that the magistrate judge has dismissed his petition because it was untimely filed. Upon consideration of Mr. Mahone's Objection, the court finds it without merit.

A docketing clerk inadvertently docketed Mr. Mahone's petition as a new filing, rather than as a reply to an order entered in Civil Action Number 3:07-cv-500-MEF. The magistrate judge recommends that the error be corrected by dismissing this action and docketing the petition as a supplement to Case No. 3:07-cv-500-MEF. Mr. Mahone's Petition in Civil Action Number 3:07-CV-500-MEF is unaffected by this order.

Upon an independent and *de novo* review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and the Objection by Mr. Mahone, it is hereby ORDERED that:

    1.    The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

    2.    Petitioner's Objection (Doc. # 4) is OVERRULED;

3. Plaintiff's Petition for Writ of Habeas Corpus (Doc. # 1) is DISMISSED;

4. The Clerk is DIRECTED to file a copy of Document Number 1 from the present action in Civil Action Number 3:07-CV-500-MEF and docket said pleading as a supplement to the petition in that case;

4. The Clerk is DIRECTED to file a copy of this Order in Civil Action Number 3:07-CV-500-MEF; and

5. Petitioner's Application to Proceed Without Prepayment of Fees (Doc. # 2) is DENIED as MOOT.

An appropriate judgment will be entered.

DONE this the 31st day of July, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE