IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| DEAN ERIC MAHONE, #214209, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:07-cv-0500-MEF |
| ) | |
| WILLIE THOMAS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #8) filed on July 18, 2007 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #7) entered on July 9, 2007 is ADOPTED;

(3) The application for habeas corpus relief filed by petitioner is DISMISSED without prejudice as this court is without jurisdiction to review the instant petition.

DONE this 22nd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE