IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEAN E. MAHONE, #214209
     PETITIONER,

RECEIVED

2007 SEP -5  A 9: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

-v-

CASE NO.: 3:07-CV-500-MEF

WILLIE THOMAS, WARDEN,
     RESPONDENT,

NOTICE OF APPEAL

    PLEASE TAKE NOTICE, that Defendant, Dean E. Mahone, hereby
appeals pursuant to judicially created exceptions to the finality
rule: United States District Court for the Middle District of
Alabama Eastern Division, from the Final judgment made and
entered by Honorable Mark E. Fuller, dismissing his Petition for
Writ of Habeas Corpus, and that this appeal is taken from said
judgment and from each and every lower court.

Date: 8-30-07     , Alabama Dean E. Mahone
                                          Defendant

To Hon: TROY KING       P.O. BOX 5107 Union Springs, AL. 36089
      District Attorney                      Address

Clerk: Debra P. Hackett
     United States District Court
     For The Middle District of
          Alabama
       Eastern Division

DEAN E. MAHONE
21209-G2-24B
P.O. BOX 5107
Union Springs, AL
36089

United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101

36101+0711

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON
THE CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPARTMENT OF
CORRECTION IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

DEAN E. MAHONE, #214209
    PETITIONER,

2007 SEP -5  A 9: 28

    -v-

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT    CASE NO: 3:07-CV-500-MEF
MIDDLE DISTRICT ALA

WILLIE THOMAS, WARDEN,
    RESPONDENT,

## JURISDICTIONAL STATEMENT

    Petitioner is challenging the ruling that the court does not have jurisdiction to review said case, and hereby give jurisdiction to this court and the court of appeals, by showing that the state did not have any independent or adequate state gronds for denying.

### ISSUES

    1). The courts rrule does not bar relief when fundamential and constitutional errors are made.

    2). The court does not have jurisdiction to convict, the states decision was contrary to clearly established federal law as well as its own.

    3). The indictment here is fundamentally defective , for the crime for which Petitioner was convicted was not contained in the indictment.

    4). The verdict was based on two theories one of which was not legal.

    5). The issues in this statement are federal violations and the failure to address would resort in a miscarriage of justice.

Respectfully Submitted,

Dean E. Mahone, Petitioner
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing cause this 30th day of August, 2007 upon the following parties via United States Mail postage prepaid, by placing same in the Legal Mail here at the Bullock County Correctional Facility.

Dean E. Mahone, Petitioner
Post Office Box 5107
Union Springs, Alabama 36089

CC: United District Court for the Middle District of Alabama