# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

**September 5, 2007**

Mr. THOMAS K. KAHN, CLERK  
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT  
56 FORSYTH STREET, NW  
ATLANTA, GA 30303  

USDCA NO <u>CV-07-F-500-E</u>

USCA NO_____

DEAN E. MAHONE VS. WILLIE THOMAS

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]  
_X_ First Notice of Appeal:_X_ Yes,___ No  Date(s) of Other Notice_____  
Was there a hearing from which a transcript could be made:  
___Yes, The Court Reporter(s) is/are  
_X_ No        Date of Hearing(s):_____  
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____  
_X_ IFP _X_ ; and/or APPEALABILITY/CPC is pending in this Court.  
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:  
_X_ The Appellate docket fee has been paid;___Yes, _X_ No:___Date, Receipt#_____  
___Appellant has been ___GRANTED;___  
___DENIED IFP, Copy of Order enclosed.  
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.  
___Appeal Bond, ___ Supersedeas Bond  
_X_ The District Judge or Magistrate Judge appealed from is Hon: <u>MARK E. FULLER</u>  
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____  
___This is a DEATH PENALTY a_____  
___ Certified record on appeal consisting of:  
    ___Volume(s) of Pleadings,___ Volume(s) of Transcripts,  
    ___ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____  
    ___ Exhibits:  
    ___Volume (s) of Original Papers  

cc:                        Sincerely,

                           DEBRA P. HACKETT, CLERK

                           By: Yolanda Williams
                              Deputy Clerk

APPEAL, CLOSED, HABEAS, INMATE, MULLIKIN

# U.S. District Court
## Alabama Middle District (Opelika)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00500-MEF-WC
## Internal Use Only

Mahone v. Thomas (INMATE2)  
Assigned to: Hon. Chief Judge Mark E. Fuller  
Referred to: Honorable Wallace Capel, Jr  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/06/2007  
Date Terminated: 08/22/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Plaintiff**

**Dean Eric Mahone**    represented by    **Dean Eric Mahone**  
AIS 214209  
Bullock County Correctional Facility  
P.O. Box 5107  
Union Springs, AL 36089  
PRO SE

V.

**Defendant**

**Willie Thomas**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2007 |  | (Court only) ***Staff Attorneys added as interested parties., Assignment of Staff Attorney Mullikin, ***Set Inmate and Mullikin Flags (br, ) (Entered: 06/06/2007) |
| 06/06/2007 | 1 | Petition for Habeas against Willie Thomas, filed by Dean Eric Mahone. (Attachments: # 1 Exhibit A)(sl, ) Modified on 6/7/2007 to reflect that this is a habeas petition rather than a 1983 PR complaint. (sl, ). (Entered: 06/07/2007) |
| 06/06/2007 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Dean Eric Mahone. (Attachments: # 1 Affidavit)(sl, ) (Entered: 06/07/2007) |
| 06/08/2007 | 3 | ORDERED that: (1) the Clerk of court send to petitioner a form for use in filing a petition under 28 USC 2254; (2) on or before 6/22/07, petitioner |

| | | |
|---|---|---|
| | | should supplement the instant petition by returning to the Clerk of Court the completed 2254 form. Signed by Judge Wallace Capel Jr. on 6/8/07. (sl, ) (Entered: 06/08/2007) |
| 06/08/2007 | 4 | ORDER granting 2 Affidavit for Leave to Proceed in forma pauperis. Copies mailed to petitioner and inmate account clerk. Signed by Judge Wallace Capel Jr. on 6/8/07. (sl, ) (Entered: 06/08/2007) |
| 06/28/2007 | 5 | Supplement to the 1 Petition against Willie Thomas, filed by Dean Eric Mahone (pursuant to 3 Order).(sl, ) (Entered: 07/05/2007) |
| 07/05/2007 | 6 | Copy of 3 Order entered in 3:07cv600-WKW. (sl, ) (Entered: 07/05/2007) |
| 07/09/2007 | 7 | RECOMMENDATION of the Magistrate Judge that the application for habeas corpus relief be dismissed without prejudice as this court is without jurisdiction to review the instant petition. Objections to R&R due by 7/23/2007. Signed by Judge Wallace Capel Jr. on 7/9/07. (sl, ) (Entered: 07/09/2007) |
| 07/18/2007 | 8 | OBJECTION to 7 Magistrate Judge's Recommendation by Dean Eric Mahone. (sl, ) (Entered: 07/19/2007) |
| 07/18/2007 | | Objection construed to contain a MOTION to transfer petition by Dean Eric Mahone. (This document has no pdf attached. See 8 for pdf.) (sl, ) (Entered: 07/20/2007) |
| 07/20/2007 | 9 | ORDER denying 8 Motion to transfer petition. Signed by Judge Wallace Capel Jr. on 7/20/07. (sl, ) (Entered: 07/20/2007) |
| 07/31/2007 | 10 | Supplement to the Petition for Writ of Habeas Corpus by Dean Eric Mahone (pursuant to Order filed in 3:07cv600 on 7/31/07). (sl, ) (Entered: 07/31/2007) |
| 07/31/2007 | 11 | Copy of Order filed in Civil Action 3:07cv600-WKW as further set out. (sl, ) (Entered: 07/31/2007) |
| 08/22/2007 | 12 | ORDERED as follows: (1) the petitioner's 8 objection to the 7 Recommendation is overruled; (2) the 7 Recommendation of the United States Magistrate Judge is adopted; (3) the application for habeas corpus relief is dismissed without prejudice as this court is without jurisdiction to review the instant petition. Signed by Judge Mark E. Fuller on 8/22/07. (sl, ) (Entered: 08/22/2007) |
| 08/22/2007 | 13 | FINAL JUDGMENT entered in favor of the respondents and against the petitioner and this action is dismissed without prejudice. The Clerk of court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the FRCP. Signed by Judge Mark E. Fuller on 8/22/07. (Attachments: # 1 Civil Appeals Checklist)(sl, ) (Entered: 08/22/2007) |
| 09/05/2007 | 14 | NOTICE OF APPEAL(Attachments: # 1 Jurisdictional Statement) construed as containing M/IFP and M/COA by Dean Eric Mahone, to the United States Court of Appeals for the Eleventh Circuit from the 12 Order |

|  |  |  | Adopting Report and Recommendations, 13 Judgment, entered on 8/22/07. Copies mailed(ydw, ) (Entered: 09/05/2007) |
|---|---|---|---|
| 09/05/2007 |  | ● | MOTION for Leave to Appeal in forma pauperis, MOTION for Certificate of Appealability by Dean Eric Mahone. (ydw, ) (Entered: 09/05/2007) |
| 09/05/2007 |  | ● | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order to US Court of Appeals re 14 Notice of Appeal (ydw, ) (Entered: 09/05/2007) |