UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

November 9, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CV-07-F-500-E

USCA NO_____

DEAN ERIC MAHONE VS. WILLIE THOMAS

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
__Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [  ]
_First Notice of Appeal:_ Yes,_ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
__No                          Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP__; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
__The Appellate docket fee has been paid;_ Yes,__No:_____Date,  Receipt#_____
___Appellant has been ___GRANTED;____
_DENIED IFP, Copy of Order enclosed.
__Appellant has been  ___GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
           __Volume(s) of Pleadings,__ Volume(s) of Transcripts,
           __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
           __ Exhibits:
           _1_ Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Yolanda Williams
      Deputy Clerk