RECEIVED

2007 DEC 13 A 10: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 12, 2007

**Appeal Number: 07-14156-A**
Case Style: Dean Eric Mahone v. Willie Thomas
District Court Number: 07-00500 CV-F-E

TO:   Debra P. Hackett

CC:   Dean Eric Mahone (214209)

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 12, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14156-A**
Case Style: Dean Eric Mahone v. Willie Thomas
District Court Number: 07-00500 CV-F-E

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
 1 volume

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07A14056-A

RECEIVED 2007 DEC 13 A 10: 38 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT DEC 12 2007 THOMAS K. KAHN CLERK

DEAN ERIC MAHONE,

                              Petitioner-Appellant,

versus

WILLIE THOMAS,
Warden,

                              Respondent-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

    Appellant moves for a certificate of appealability from the district court's dismissal of his pro se habeas corpus action, 28 U.S.C. § 2254, as second or successive. In his petition, appellant argued the violation of multiple constitutional rights because, allegedly, he was not convicted of the charge levied by the grand jury in its indictment. To merit a COA, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). The district court properly dismissed

appellant's § 2254 petition as an impermissible second or successive petition filed without prior authorization from this Court. See 28 U.S.C. §§ 2244(a), 2244(b)(3)(A); Slack, 529 U.S. at 478, 120 S.Ct. at 1600-01; United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005). Since appellant has failed to satisfy Slack's test, his motion for a certificate of appealability, as construed from the notice of appeal, is DENIED.

Accordingly, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

UNITED STATES CIRCUIT JUDGE



A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By:
Deputy Clerk
Atlanta, Georgia