Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 04, 2008

**Appeal Number: 07-14156-A**
Case Style: Dean Eric Mahone v. Willie Thomas
District Court Number: 07-00500 CV-F-E ()

TO:   Dean Eric Mahone (214209)

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2008

Dean Eric Mahone (214209)
Bullock CF
PO BOX 5107
UNION SPRINGS  AL  36089-5107

**Appeal Number: 07-14156-A**
Case Style: Dean Eric Mahone v. Willie Thomas
District Court Number:  07-00500  CV-F-E ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14156-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 0 4 2008
THOMAS K. KAHN
CLERK

DEAN ERIC MAHONE,

Petitioner-Appellant,

versus

WILLIE THOMAS,
Warden,

Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before : **BIRCH and DUBINA, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated December 12, 2007. Upon reconsideration, appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. §§ 2244(a), 2244(b)(3)(A), and 2253(c)(2); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); United States v. Holt, 417 F.3d 1172, 1175